# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 20-222 |
| | : | |
| **ROBERT PAYNE** | : | |

## ORDER

**AND NOW**, this **8th** day of **February 2021**, having considered the Defendant's Motion For Bail (ECF No. 20) and the Government's Response In Opposition (ECF No. 21), it is hereby **ORDERED** that the Defendant's Motion For Bail (ECF No. 20) is **DENIED**.

BY THE COURT:

_/s/ Chad F. Kenney_____
**CHAD F. KENNEY, JUDGE**